GARY M. RESTAINO
United States Attorney
District of Arizona
ADAM D. ROSSI
Assistant U.S. Attorney
AZ State Bar No. 028042
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: adam.rossi2@usdoj.gov
Attorneys for Plaintiff




CR23-01259 TUC-JCH(EJM)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

United States of America,

Plaintiff,

vs.

Malik Rashaun Martin,

Defendant.

**INDICTMENT**

Violations:
18 U.S.C. §§ 922(a)(6) and 924(a)(2)
Making False Statement in Connection With Acquisition of Firearms
Counts 1-8

18 U.S.C. §§ 922(a)(1)(A), 923(a), and 924(a)(1)(D)
Engaging in the Business of Dealing Firearms Without a License
Count 9

18 U.S.C. § 924(d)
28 U.S.C. § 2461(c)
Forfeiture Allegation

**THE GRAND JURY CHARGES:**

**COUNTS 1-8**

On or about the dates listed below, in the District of Arizona, the Defendant MALIK RASHAUN MARTIN, in connection with the acquisition of firearms, knowingly made false statements and representations to the businesses listed below, which were intended and likely to deceive the business as to a fact material to the lawfulness of a sale of a firearm by the business, each of which was licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of each business listed below, in that Defendant, in connection with the purchase of each of the firearms

below, stated that he was the actual transferee/buyer of the firearm, whereas in truth and fact, he was knowingly acquiring the firearm on behalf of another individual:

| Count | Date | FFL | Firearms |
|---|---|---|---|
| 1 | 07/05/2021 | The Hub | FNH, model Five-Seven 5.7 x 28 caliber pistol |
| 2 | 07/19/2021 | The Hub | Glock, model G30S .45 ACP caliber pistol |
| 3 | 08/04/2021 | Diamondback Shooting Sports, Inc. | Glock, model 19X, 9 x 19 caliber pistol |
| 4 | 08/07/2021 | Diamondback Shooting Sports, Inc. | Two (2) Glock, model 19X, 9 x 19 caliber pistols |
| 5 | 08/14/2021 | Diamondback Shooting Sports, Inc. | Glock, model 19X, 9 x 19 caliber pistol |
| 6 | 11/08/2021 | SNG Tactical | HS Produkt Springfield Armory, model Hellcat, 9mm pistol |
| 7 | 12/01/2021 | SNG Tactical | Century Arms, model VSKA, 7.62 x 39 caliber pistol |
| 8 | 12/18/2021 | Shoot Em Up | Pioneer, AK47 Hellpup 7.62 caliber pistol |

In violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

**COUNT 9**

Between on or about July and December 2021, in the District of Arizona, the Defendant, MALIK RASHAUN MARTIN, not being a licensed dealer of firearms, within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of dealing firearms.

In violation of Title 18, United States Code, Sections 922(a)(1)(A), 923(a)(2), and 924 (a)(1)(D).

/ / /

**FORFEITURE ALLEGATION**

Upon conviction of one or more of the offenses alleged in Counts One through Eight of this Indictment, defendant, MALIK RASHAUN MARTIN, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), any firearms involved in the commission of the offense, including, but not limited to:

| Line # | Asset Description | Serial Number |
|---|---|---|
| 1 | Glock, model G30S .45 ACP caliber pistol | BSMK540 |
| 2 | Glock, model 19X, 9 x 19 caliber pistol | BTRT855 |
| 3 | Glock, model 19X, 9 x 19 caliber pistol | BTRT858 |
| 4 | Glock, model 19X, 9 x 19 caliber pistol | BSLF839 |
| 5 | HS Produkt Springfield Armory, model Hellcat, 9mm pistol | BA610774 |
| 6 | Century Arms, model VSKA, 7.62 x 39 caliber pistol | SV7P001792 |

If any of the property described above, as a result of any act or omission of the defendant: a) cannot be located upon the exercise of due diligence; b) has been transferred or sold to, or deposited with, a third party; c) has been placed beyond the jurisdiction of the court; d) has been substantially diminished in value; or e) has been commingled with other property which cannot be divided without difficulty, it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of said defendant up to the value of the above-described forfeitable property, including, but not limited to, all property, both real and personal, owned by the defendant.

/ / /

All pursuant to Title 18, United States Code, Section 924(d), Title 28, United States Code, Section 2461(c), and Rule 32.2(a) of the Federal Rules of Criminal Procedure.

A TRUE BILL

/s/
FOREPERSON OF THE GRAND JURY
Dated: August 23, 2023

GARY M. RESTAINO
United States Attorney
District of Arizona

REDACTED FOR PUBLIC DISCLOSURE

/s/
ADAM D. ROSSI
Assistant U.S. Attorney