GARY M. RESTAINO
United States Attorney
District of Arizona
ADAM D. ROSSI
Assistant U.S. Attorney
AZ State Bar No. 028042
405 West Congress, Suite 4800
Tucson, Arizona 85701
Telephone: (520) 620-7300
E-mail: adam.rossi2@usdoj.gov
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>Malik Rashaun Martin,<br><br>　　　　　　Defendant. | CR 23-01259-TUC-JCH (EJM)<br><br>**BILL OF PARTICULARS FOR FORFEITURE OF PROPERTY** |

　　　The United States of America, by and through its undersigned attorneys, hereby files the following Bill of Particulars for Forfeiture of Property.

　　　The United States hereby gives notice that, in addition to property already listed in the forfeiture allegation, the United States will also be seeking forfeiture of one Pioneer AK47 Hellpup 7.62 caliber pistol, serial number PAC1164075, pursuant to Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853(p), and Title 28, United States Code, Section 2461(c). Upon the defendant's conviction of Count Nine, it is the intent of the government to forfeit all firearms listed in Counts One through Eight.

　　　Respectfully submitted this 31st day of August, 2023.

　　　　　　　　　　　　　　　　　　GARY M. RESTAINO
　　　　　　　　　　　　　　　　　　United States Attorney
　　　　　　　　　　　　　　　　　　District of Arizona

　　　　　　　　　　　　　　　　　　*s/Adam D. Rossi*
　　　　　　　　　　　　　　　　　　ADAM D. ROSSI
　　　　　　　　　　　　　　　　　　Assistant United States Attorney